AO 91 (Rev. 11/11) Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*September 08, 2020*

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Devonte Bravon Williams | ) Case No. **4:20mj1649** |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 13, 2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code Section 922(g)(1) | defendant, while being a convicted felony on said date, did knowingly, willfully, and unlawfully possess a firearm that had travelled in intestate commerce. |

This criminal complaint is based on these facts:
Please see attachment

☑ Continued on the attached sheet.

*Complainant's signature*

Kayade Ereme, HSI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: September 8, 2020

*Judge's signature*

City and state: Houston, Texas

Hon. Sam Sheldon U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

Your Affiant, Kayade Ereme (Affiant), being duly sworn, hereby depose and say:

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and currently serve as a Special Agent with the U.S. Immigration and Customs Enforcement's (ICE) Homeland Security Investigations (HSI). I am currently assigned to the HSI Houston, Texas field office and have been so employed with HSI since April 2012. I am a graduate of the Federal Law Enforcement Training Center at Glynco, Georgia, where I have received training in the investigation of, among other things, violations of the Immigration and Nationality Act as found in title 8 of the United States Code as well as violations of title 18 and 21 of the United States Code. During the course of my career, I have conducted investigations involving gangs, child exploitation, narcotics trafficking, and weapons smuggling.

2. This affidavit does not include each and every fact known to your Affiant concerning this investigation. Your Affiant has set forth only those facts that are believed to be necessary to establish probable cause to believe that Devonte Brown WILLIAMS committed violations of Title 18 U.S.C. § 922(g)(1) (relating to being a convicted felon and knowing and willfully possessing a firearm affecting interstate commerce) on two separate occasions , being August 13, 2020 and January 25, 2019 in Harris County Texas.

3. The information contained in this affidavit is information based on the personal knowledge of the Affiant as well as information provided to the Affiant by other Agents and Officers assigned to this investigation.

**Facts Supporting Probable Cause**

4. On August 13, 2020, at approximately 03:32 pm, the South Gessner Crime Suppression Team Officers Eddie Castillo and Harry Chisholm were on patrol, and conducted a traffic stop in the Southwest Houston Area.

5. As officers were patrolling Officers Chisholm observed a white GMC Yukon Denali bearing license plate NKK4475 move erratically from the left lane to the right lane and then back to the left lane without signaling. Officer Chisholm observed the vehicles front license plate was not mounted on the front bumper. Officer Chisholm and Castillo conducted a traffic stop and made contact with the driver. Officers could smell the odor of marijuana emanating from the vehicle as they approached. Officer Castillo asked the driver, identified as WILLIAMS, to step out of the vehicle.

6. Upon subsequent inspection of the vehicle, Officer Chisholm observed a small bag of marijuana located on top of the center console of the vehicle near the USB charger. In addition, Officer Chisholm subsequently observed a Spikes Tactical AR-15 Rifle (Serial Number- JACK04688) underneath multiple items of clothing in the back seat of the vehicle. Officer's noted that one round was chambered in the firearm at the time it was discovered.

7. Spikes Tactical, the manufacture of the firearm, is a firearms company that operates out of the state of Florida.

8. Through query checks officers discovered WILLIAMS had a prior felony conviction, one in which he was charged and convicted for Evading Arrest with a vehicle and was sentenced on March 05, 2014 in the 240th District Court of Richmond Texas to two (2) years confinement. At the time of the traffic stop WILLIAMS was on bond for a

past charge of felon in possession of a firearm. This previous charge of Felon in Possession of a firearm, which WILLIAMS was on bond for occurred on June 11, 2020 by the Pearland Police Department in which he was charged with Unlawful Possession of a Firearm by a felon, which is a 3rd degree felony in the state of Texas. WILLIAMS is also a documented Black Disciples gang member.

9. Subsequently, WILLIAMS was arrested on a state charge for being a felon in possession of a firearm on August 13, 2020 and was later transported to the City of Houston jail for processing.

10. On January 25, 2019, at approximately 02:15 am, Houston Police Officers were dispatched to a call of a sexual assault that had just occurred. Officers were informed of a description of the suspects' vehicle and observed the suspects vehicles in the area. A felony traffic stop was conducted on the vehicle. Officers detained a male and a female from the vehicle. The male was identified as Devonte WILLIAMS and the female identified as Brittney WEDDLE.

11. Upon subsequent inspection, officers discovered a firearm in the purse of Brittney WEDDLE, who claimed to be the girlfriend of WILLIAMS. Officers determined the firearm to belong to WILLIAMS, based, in part, on his admission that the firearm belonged to him and that he placed it in WEDDLE's purse, and subsequently arrested him.

12. The firearm was a Smith and Wesson Handgun Model 915, Serial number VAV8896. The firearm was later determined to be stolen. Smith and Wesson is a firearms manufacture located in Springfield, Massachusetts.

13. WILLIAMS was subsequently charged with Unlawful Possession of a Firearm by a Felon and was transported to the city of Houston jail for processing.

*Kayade V Ereme*
Kayade Ereme, Special Agent
Homeland Security Investigations

SUBSCRIBED AND SWORN TO BEFORE ME this the 8th day of September, and I find probable cause.

THE HONORABLE SAM SHELDON
UNITED STATES MAGISTRATE JUDGE
Southern District of Texas